DEEPAK TRIVEDI, Appellant, v ROBERT GOLUB, Defendant, and FLUSHING HOSPITAL MEDICAL CENTER, Respondent.

Submitted October 29, 2012; decided December 18, 2012

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; CPLR 2103 [b] [2]). Motion for poor person relief dismissed as academic.

247 EAST 32ND LLC et al., Respondents, v KATHERINE GASPARICH, Appellant.

Submitted November 2, 2012; decided December 18, 2012

Motion for leave to appeal denied. Motion for a stay dismissed as academic.